Leith B. Hansen, No. 109320
JACOBSON, HANSEN & McQUILLAN
A Professional Corporation
1690 W. Shaw Avenue, Suite 201
Fresno, California 93711
Telephone: (559) 448-0400
Facsimile: (559) 448-0123

Attorneys for Defendants, PLACER HILLS UNIFIED SCHOOL DISTRICT, sued herein as PLACER HILLS UNION SCHOOL DISTRICT and STEVE SCHAUMLEFFEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| W.C. BY AND THROUGH HIS MOTHER, C.M.,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>PLACER HILLS UNION SCHOOL DISTRICT, STEVE SCHAUMLEFFEL,<br><br>　　　　　　Defendant(s). | Case No.: 2:15-cv-00716-TLN-CKD<br><br>**STIPULATION FOR LEAVE FOR DEFENDANTS TO FILE FIRST AMENDED ANSWER; ORDER THEREON**<br><br>*Magistrate Judge Carolyn K. Delaney*<br>*Complaint Filed:  March 30, 2015*<br>*1st Amend. Comp. Filed: June 8, 2015*<br>*Trial Date:  Not Yet Set* |

　　　　THE PARTIES TO THIS MATTER, by and through their respective attorneys of record herein, do hereby stipulate and agree that Defendants PLACER HILLS UNION SCHOOL DISTRICT and STEVE SCHAUMLEFFEL shall be granted leave to file their First Amended Answer to Plaintiff's First Amended Complaint.  A copy of Defendants' [Proposed] First Amended Answer is attached to this Stipulation for reference of the parties and the Court.

　　　　Good cause exists for leave permitting Defendants to file their [Proposed] First Amended Answer in that the additional Affirmative Defenses asserted therein do not materially change the subject matter of this litigation, Plaintiff will not suffer any undue prejudice as a result of the amendment to the pleadings, and a resolution of this action based upon the merits of the action is favored.

Dated: February 12, 2016                    JACOBSON, HANSEN & McQUILLAN

By:   /S/ Leith B. Hansen
LEITH B. HANSEN, Attorneys for Defendants, PLACER HILLS UNIFIED SCHOOL DISTRICT, sued herein as PLACER HILLS UNION SCHOOL DISTRICT and STEVE SCHAUMLEFFEL

Dated: February 12, 2016                    LEIGH LAW GROUP

By:   /S/ Jay T. Jambeck
JAY T. JAMBECK, Attorneys for Plaintiff, W.C., by and through his Mother, C.M.

# ORDER

IT IS HEREBY ORDERED that Defendants PLACER HILLS UNION SCHOOL DISTRICT and STEVE SCHAUMLEFFEL are given leave to file their First Amended Answer to Plaintiff's First Amended Complaint.

Dated: February 18, 2016

Troy L. Nunley
United States District Judge