Leith B. Hansen, No. 109320
JACOBSON, HANSEN & McQUILLAN
A Professional Corporation
1690 W. Shaw Avenue, Suite 201
Fresno, California 93711
Telephone: (559) 448-0400
Facsimile: (559) 448-0123

Attorneys for Defendants, PLACER HILLS UNIFIED SCHOOL DISTRICT, sued herein as PLACER HILLS UNION SCHOOL DISTRICT and STEVE SCHAUMLEFFEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| W.C. BY AND THROUGH HIS MOTHER, C.M.,<br><br>          Plaintiff(s),<br><br>     v.<br><br>PLACER HILLS UNION SCHOOL DISTRICT, STEVE SCHAUMLEFFEL,<br><br>          Defendant(s). | Case No.: 2:15-cv-00716-TLN-CKD<br><br>**STIPULATION TO CONTINUE TRIAL AND RELATED DATES; ORDER THEREON**<br><br>*Magistrate Judge Carolyn K. Delaney*<br>*Complaint Filed:  March 30, 2015*<br>*1st Amend. Comp. Filed: June 8, 2015*<br>*Trial Date:  Not Yet Set* |

THE PARTIES TO THIS MATTER, by and through their respective attorneys of record herein, do hereby stipulate and agree that the trial date in this matter, currently scheduled for **March 27, 2017**, shall be continued such that trial shall now commence on May 8 [or 15], 2017. The parties do further stipulate and agree that the other dates and deadlines for this matter shall be altered from the PreTrial Scheduling Order dated November 12, 2015 by an equivalent two months.  Those dates are as follows:

///

///

///

///

///

| | |
|---|---|
| • Discovery Completion Deadline | **June 27, 2016** |
| • Disclosure of Expert Witnesses | **August 30, 2016** |
| • Supplemental Expert Disclosure | **September 20, 2016** |
| • Dispositive Motion Deadline | **December 08, 2016** |
| • Filing of Joint Final Pretrial Conference Statement | **March 02, 2017** |
| • Final Pretrial Conference | **March 09, 2017 at 2:00 p.m.** |

Good cause exists for the brief continuance of the trial date in that Defendant STEVE SCHAUMLEFFEL will be unavailable to attend trial as it is currently scheduled because he had previously scheduled a vacation out of the country with a large group of people that will run from April 3, 2017 through the end of April, 2017.

Further, the corresponding brief continuance in the remaining dates is necessary due to the schedules of counsel, parties and witnesses in the continuation and completion of discovery. Mr. Jambeck has been engaged in several matters involving injunctive relief which required delays in certain aspects of discovery.

There have been no previous requests for extensions or continuances of the trial date in this matter.

Dated: February 12, 2016                              JACOBSON, HANSEN & McQUILLAN


By:_____/S/ Leith B. Hansen_____
LEITH B. HANSEN, Attorneys for Defendants, PLACER HILLS UNIFIED SCHOOL DISTRICT, sued herein as PLACER HILLS UNION SCHOOL DISTRICT and STEVE SCHAUMLEFFEL

Dated: February 12, 2016                              LEIGH LAW GROUP


By:_____/S/ Jay T. Jambeck_____
JAY T. JAMBECK, Attorneys for Plaintiff, W.C., by and through his Mother, C.M.

**ORDER**

IT IS HEREBY ORDERED that the trial date in this matter shall now commence on **May 15, 2017 at 9:00 a.m.** and that all other dates and/or deadlines shall remain as set forth in the Pre-Trial Scheduling Order dated November 12, 2015 and as set forth in the accompanying Stipulation.

Dated: February 18, 2016

_____
Troy L. Nunley
United States District Judge