# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.C., BY AND THROUGH HIS MOTHER, C.M., <br><br> Plaintiff, <br><br> v. <br><br> PLACER HILLS UNION SCHOOL DISTRICT, STEVE SCHAUMLEFFEL, <br><br> Defendants. | No. 2:15-cv-00716-TLN <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO APPROVE MINOR'S SETTLEMENT** |

This matter is before the Court on Plaintiff W.C.'s Motion to Approve Minor's Settlement. Having reviewed the supporting papers along with the record in this matter, and receiving no opposition, the Court hereby GRANTS Plaintiff's Motion and approves the settlement of this action on the terms set forth in the moving papers, finding the settlement to be fair and reasonable and in the best interest of the minor Plaintiff.

It is therefore ORDERED that Defendants shall make payments in accordance with the parties' settlement agreement.

IT IS SO ORDERED.

Dated: November 17, 2016

_____
Troy L. Nunley
United States District Judge

1