Jay T. Jambeck SBN #226018
Mandy G. Leigh SBN # 225748
LEIGH LAW GROUP, P.C.
870 Market Street, Suite 1157
San Francisco, CA  94102
Telephone:	415-399-9155
Facsimile:	415-795-3733
Email: jjambeck@leighlawgroup.com

*Attorneys for W.C. by and through his mother C.M.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| W.C. BY AND THROUGH HIS MOTHER, C.M.,<br><br>          Plaintiff(s),<br><br>     v.<br><br>PLACER HILLS UNION SCHOOL DISTRICT, STEVE SCHAUMLEFFEL,<br><br>          Defendant(s). | Case No.: 2:15-cv-00716-TLN-CKD<br><br>**STIPULATION AND NOTICE OF REQUEST TO SEAL PORTIONS OF THE RECORD AND ORDER**<br><br>*Magistrate Judge Carolyn K. Delaney*<br>*Complaint Filed:  March 30, 2015*<br>*1st Amend. Comp. Filed: June 8, 2015*<br>*Trial Date:  n/a* |

THE PARTIES TO THIS MATTER, by and through their respective attorneys of record herein, pursuant to local rule 141, do hereby stipulate, request and agree that documents filed in the record containing the full name of the minor be sealed, specifically docket entries 24 (Memorandum by W.C. in Support of Motion to Approve Minor's Settlement), 25 (Declaration of Jay T. Jambeck in Support of Motion to Approve Minor's Settlement) and 26 (Proposed Order Granting Plaintiff's Motion to Approve Minor's Settlement).  The basis for sealing is pursuant to Federal Rule of Civil Procedure 5.2.  This request, proposed order and the documents sought to be sealed have been served on all parties.

| | |
|---|---|
| Dated: November 17, 2016 | JACOBSON, HANSEN & McQUILLAN |
| | |
| | By: /s/ Leith B. Hansen |
| | LEITH B. HANSEN, Attorneys for Defendants, PLACER HILLS UNIFIED SCHOOL DISTRICT, sued herein as PLACER HILLS UNION SCHOOL DISTRICT and STEVE SCHAUMLEFFEL |
| | |
| Dated: November 17, 2016 | LEIGH LAW GROUP, P.C. |
| | |
| | By: /s/ Jay T. Jambeck |
| | JAY T. JAMBECK, Attorneys for Plaintiff, W.C., by and through his Mother, C.M. |

**ORDER**

IT IS HEREBY ORDERED that docket entries 24 (Memorandum by W.C. in Support of Motion to Approve Minor's Settlement), 25 (Declaration of Jay T. Jambeck in Support of Motion to Approve Minor's Settlement) and 26 (Proposed Order Granting Plaintiff's Motion to Approve Minor's Settlement) shall be sealed pursuant to local rule 141.

IT IS SO ORDERED.

Dated: December 15, 2016

Troy L. Nunley
United States District Judge